UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LINDA FAYE CLINCY                                                        PLAINTIFF

V.                                                            CIVIL ACTION NO. 3:07CV71 TSL JCS

OBIE MCNAIR, M.D., JACKSON HINDS
COMPREHENSIVE HEALTH CENTER
AND JOHN DOES ONE THROUGH FIVE                                           DEFENDANTS

## ORDER

Plaintiff, by counsel, pursuant to FRCP 41(a), given notice of voluntary dismissal, it is:

ORDERED AND ADJUDGED that this cause is hereby dismissed without prejudice to the Plaintiff to the refiling of the same.

ORDERED AND ADJUDGED this the 27th day of March, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:


s/D.L. Jones, Jr.